AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| United States of America<br>*Plaintiff*<br><br>ex rel. Peter Michael Wanco, Jr.<br>*Plaintiff-Relator*<br><br>v.<br><br>MOX Services LLC and Orano Federal Services LLC,<br>*Defendants* | Civil Action No.     1:19-cv-00196-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■  other: the Plaintiff-Relator Peter Michael Wanco, Jr., shall take nothing of the Defendants and this action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having granted the defendants'  motion for judgment on the pleadings.

Date:   September 2, 2020

CLERK OF COURT

s/Angie Snipes

_____
*Signature of Clerk or Deputy Clerk*